JULIA AZRAEL (SBN 109049)
**NEMECEK & COLE**
A Professional Corporation
16255 Ventura Boulevard, Suite 300
Encino, California 91436-2300
Tel: (818) 788-9500 / Fax: (818) 501-0328

Attorneys for Defendant
J. Michael Hunter and Hunter Consulting &
Survey Services, Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MARQUEZ, an individual<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE CO.; CARRIE ROCKWELL; J. MICHAEL HUNTER, HUNTER CONSULTING & SURVEY SERVICES, INC. and; DOES 1 through 10;<br><br>Defendants. | Case No.: 23cv0046 DMS(AGS)<br><br>**JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT PURSUANT TO LOCAL RULES 7.2 AND 12.1** |

WHEREAS Plaintiff Francisco Marquez ("Plaintiff") initially filed this lawsuit in San Diego County Superior Court;

WHEREAS Plaintiff served the Complaint on all Defendants except Carrie Rockwell while the matter was pending in San Diego County Superior Court;

WHEREAS, on January 10, 2023 and prior to any Defendant filing a responsive pleading, Defendants Progressive Direct Insurance Co. ("Progressive") filed a Notice of Removal alleging that this Court has diversity jurisdiction over the matter (Document No. 1.)

1

1   WHEREAS, on January 12, 2023, the Court issued an Order to Show Cause
2   (Document No. 3), which set a briefing schedule on the issue of whether this Court
3   has diversity jurisdiction over this matter;

4   WHEREAS the responsive pleadings of the served Defendants will be due
5   *prior to* the completion of the briefing schedule set by the Order to Show Cause;

6   WHEREAS the parties wish to avoid the filing of responsive pleadings that
7   could be rendered unnecessary should this Court rule that it does not have diversity
8   jurisdiction over this matter.

9   According, IT IS HEREBY STIPULATED by and between Plaintiff,
10  Progressive, Defendant J. Michael Hunter, and Defendant Hunter Consulting &
11  Survey Services, Inc., through their respective attorneys of record, that each of the
12  served Defendant's time to file a responsive pleading be extended until seven (7) days
13  after this Court enters an Order as to whether it will exercise jurisdiction over this
14  matter pursuant to the Notice of Removal filed by Progressive. The instant joint
15  motion is brought pursuant to Local Rule 7.2 and 12.1 and this Court's inherent
16  powers.

17

18  DATED: January 13, 2023                HAFFNER & MORGAN, LLP

19

20                                    By:  /s/ Christian Haffner
                                           ─────────────────────────
21                                         Christian Haffner
                                           Attorneys for Plaintiff
22                                         FRANCISCO MARQUEZ

23

24
    ///
25
    ///
26

27

28

2

JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

2191948.1

| | | |
|---|---|---|
| DATED: January 13, 2023 | | NEMECEK & COLE |
| | By: | /s/ Julia Azrael |
| | | JULIA AZRAEL |
| | | Attorneys for Defendants J. MICHAEL HUNTER and HUNTER CONSULTING & SURVEY SERVICES, INC. |
| DATED: January 13, 2023 | | PATRICK HOWE LAW, APC |
| | By: | /s/ Patrick Howe |
| | | PATRICK M. HOWE |
| | | Attorneys for Defendants PROGRESSIVE DIRECT INSURANCE CO. |

2191948.1